**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHELBY HILL,

        Plaintiff,

v.                                      Case No:  6:20-cv-1591-Orl-40DCI

AMERICAN MED SYSTEMS, INC.,

        Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal. (Doc 25). Plaintiff dismisses the claims pursued pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims against Defendant American Med Systems, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on November 30, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties